

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00397-CR

Sherman **ROBINSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0702
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Appellant's brief, due January 3, 2018, has not been filed. This court notified appellant's counsel of the deficiency on January 9, 2018. TEX. R. APP. P. 38.8(b)(2). We have received no response.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than February 26, 2018, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court